IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - GENERAL

No. 4:19-cr-21

UNITED STATES OF AMERICA V. TED BELL

Place Held: Greenville, Mississippi

Date & Time Began:  July 2, 2019, 9:57 a.m.
Date & Time Ended:  July 2, 2019, 10:47 a.m.

TOTAL TIME: 50 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Robert J. Mims | George L. Lucas |
| | Kiger L. Sigh |

Proceedings:   Motion to Suppress Evidence [16]

Remarks:   Hearing held.   Witness testified; documents admitted.   Defendant remains in custody.   Order to follow.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy