# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                                                              **NO. 4:19-CR-21**

**TED BELL**

## EXHIBIT LIST

| Presiding Judge:<br>Debra M. Brown | | | Attorney for Government:<br>Robert J. Mims | | Attorney for Defendant:<br>George L. Lucas<br>Kiger Sigh |
|---|---|---|---|---|---|
| Date:<br>July 2, 2019 | | | Court Reporter:<br>Brenda Blackburn | | Courtroom Deputy:<br>Rita Thomas |
| Gov. | Def. | Offered | Marked | Admitted | Description |
| G-1 | | 07/02/2019 | | X | Affidavit for Search Warrant<br>Underlying Facts and Circumstances<br>Search Warrant<br>Return (composite) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |